**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

JAVONPE' D. WINBUSH                              CIVIL ACTION NO. 24-669-P

VERSUS                                          JUDGE S. MAURICE HICKS, JR.

STATE OF LOUISIANA, ET AL.                      MAGISTRATE JUDGE HORNSBY

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims seeking monetary damages for his allegedly unconstitutional convictions and sentences be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the <u>Heck</u> conditions are met.

**IT IS FURTHER ORDERED** that Plaintiff's claims against the State of Louisiana be **DISMISSED WITHOUT PREJUDICE** because this Court lacks subject matter jurisdiction.

**IT IS FURTHER ORDERED** that Plaintiff's civil rights claims against Attorney Katherine Ferguson and Judge Ramona Emanuel be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that this action—insofar as it seeks the dismissal of the criminal convictions and sentences and his release—be **DISMISSED** for failing to state a claim for which relief may be granted pursuant to Section 1983.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this 8th day of August, 2025.

**S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**